**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SABRE CORPORATION,<br>SABRE GLBL INC.,<br>FARELOGIX, INC., and<br>SANDLER CAPITAL PARTNERS V, L.P.<br><br>*Defendants*. | Civil Action No.: 1:19-cv-01548 |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Julie S. Elmer, Trial Attorney at the Antitrust Division of the United States Department of Justice, as counsel for Plaintiff United States of America in the above-captioned case.

                                        Respectfully submitted,

                                        /s/ Julie S. Elmer
                                        Julie S. Elmer
                                        Trial Attorney
                                        United States Department of Justice
                                        Antitrust Division
                                        450 Fifth Street, NW, Suite 8000
                                        Washington, DC 20530
                                        Telephone: 202-598-8332
                                        Email: julie.elmer@usdoj.gov

Dated: August 22, 2019