

# U.S. Department of Justice

*United States Attorney*
*District of Delaware*

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*  *(302) 573-6277*
*Wilmington, Delaware  19899-2046*  *FAX (302) 573-6220*

September 6, 2019

The Honorable Leonard P. Stark, Chief Judge
United States District Court
844 N. King Street
Unit 26, Room 6124
Wilmington, DE  19801

        **Re:**    *United States of America v. Sabre Corp., et al.*
                **Civil Action No. 1:19-cv-01548-LPS**
                <u>**Scheduling of Status Conference**</u>

Dear Judge Stark:

      The United States writes in response to Defendants' September 5, 2019, letter requesting an initial status conference with the Court to discuss a case management order.  The United States agrees that an early scheduling conference is appropriate in this case, and joins Defendants' request for the same.

      As the United States explained to the Defendants, however, it believes a scheduling conference would be most productive after the Defendants file their answer so all parties are aware of the disputed issues and necessary discovery.  Moreover, the United States found Defendants' letter to the Court (and their September 5 request to contact Chambers) curious given that Defendants had not yet responded to the proposed case management order sent by the United States to Defendants more than a week ago.

//

As always, counsel for the United States remains available at the convenience of the Court.

        Respectfully submitted,

        DAVID C. WEISS
        United States Attorney

BY: /s/ Laura D. Hatcher
     Laura D. Hatcher (DE Bar No. 5098)
     Assistant United States Attorney
     1313 N. Market Street
     P.O. Box 2046
     Wilmington, Delaware 19899-2046
     Telephone 302-573-6277
     Facsimile 302-573-6431
     Laura.hatcher@usdoj.gov
     *Counsel for Plaintiff United States of America*