

September 10, 2019

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street Unit 26
Room 6124
Wilmington, DE 19801-3555

Judge Stark,

I am a reporter in the Washington, DC bureau of MLex, a recognized newsgathering organization in the United States and European Union covering antitrust and competition issues.

I respectfully request to participate in the scheduling teleconference in *United States of America v. Sabre Corporation et al* (1:19cv1548) scheduled for September 12, 2019 at 3:00 p.m.

I have contacted all the parties involved and there were no objections to my participation. With your permission, I would like to be included in the call at the phone number below.

Sincerely,

Brian Baker
Reporter, MLex
baker@mlex.com
202-445-4846

MLex US Inc., 1776 I Street NW, Suite 260, Washington, DC 20006, United States of America.
EIN: 990362554    www.mlex.com